George M. Cumming, Appellant, v. Middletown, Unionville and Water Gap Railroad Company and Others, Respondents.— Motion denied, on condition that the case be argued when reached, June 17, 1912; otherwise, motion granted, with costs. Present — Hirschberg, Thomas, Carr, Woodward and Rich, JJ.

The Grolier Society of London, Appellant, v. Othelia Schaefer, Respondent.— Order of the County Court of Westchester county modified by requiring defendant to pay the trial fee and all the disbursements in the action, together with ten dollars costs and disbursements on the appeal; and as so modified affirmed. No opinion. Burr, Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

Imrich Hladik, Respondent, v. Coldwell-Wilcox Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Annie R. Howell and Others, Appellants, v. Annie E. Rose and Clarence J. Squires, Respondents.— Decree of the Surrogate's Court of Suffolk county reversed, and proceeding remitted to said court for decision prescribed by section 2545 of the Code of Civil Procedure; costs of this appeal to abide the final award of costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of the Claim of the Peck Realty Company, Respondent, v. Village of Port Chester, a Municipal Corporation, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Carrie Knief, Appellant, v. David H. Valentine, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

John Knief, Appellant, v. David H. Valentine, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.